## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  10 B 28356 |
| | ) | |
| MONTANOS ROOFING AND | ) | CHAPTER 7 |
| CONSTRUCTION INC. | ) | |
| | ) | |
| Debtor(s). | ) | JUDGE CAROL A. DOYLE |

### AMENDED NOTICE OF HEARING

To:   Clerk of the U.S. Bankruptcy Court, 219 S. Dearborn Street, Chicago, IL 60604
See attached Service List

**YOU ARE HEREBY NOTIFIED** that on the 11TH  day of January, 2011 at 10:00 a.m., I shall appear before the Honorable Carol A. Doyle,  219 S. Dearborn Street, Courtroom 742, Chicago, Illinois ,and then and there present the attached **MOTION TO COMPROMISE THE ESTATE'S RIGHT, TITLE AND INTEREST IN DEBTOR'S EQUIPMENT** at which time you may appear if you so desire.

By:   **/s/** ***Bradley J. Waller***
**Bankruptcy Trustee**

### PROOF OF SERVICE

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | )   ss |
| **COUNTY OF DEKALB** | ) |

The undersigned, being first duly sworn on oath depose and state that I served the above and foregoing Notice upon the above named by addressed as aforesaid and placing same in the U.S. Mail, postage prepaid on the 13TH  day of December, 2010, before the hour of 5:00 pm at Sycamore, Illinois 60178.

**/s/** ***Vicki Maurer***

Subscribed and sworn to before me
this 13TH  day of  December, 2010.

**/s/** ***Bradley J. Waller***
Notary Public

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court
Sycamore, IL 60178
(815) 748-0380

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10 B 28356 |
| | ) | |
| MONTANOS ROOFING AND CONSTRUCTION INC. | ) ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE CAROL A. DOYLE |

### AMENDED MOTION TO COMPROMISE ESTATE'S RIGHT, TITLE & INTEREST IN DEBTOR'S EQUIPMENT

**NOW COMES** Trustee, **BRADLEY J. WALLER**, by and through one of his attorneys, KLEIN, STODDARD, BUCK, WALLER & LEWIS, LLC, and moves this court to enter an order granting said Trustee leave to compromise the estate's right, title and interest in the debtor's equipment and in support hereof, the Trustee states as follows:

1. On June 24, 2010, the above incaptioned debtor filed a Voluntary Petition under Chapter 11 of 11 USC § et seq.

2. On September 7, 2010, the case was converted to Chapter 7. On said date **BRADLEY J. WALLER** was appointed Trustee and continues to act in said capacity.

3. On October 19, 2010, the Trustee herein conducted a meeting of creditors pursuant to 11 USC § 341.

4. At said meeting of creditors, the Trustee learned of debtor's ownership in equipment and materials.

5. The aforesaid equipment and materials are property of the bankruptcy estate.

6. The debtor has offered $12,500.00 to compromise the estate's right, title and interest in said equipment and materials, subject to all liens, if any.

7. The Trustee believes that the aforesaid amount is in the best interest of the estate.

8. The debtor has agreed not to make any exemption claim in and to said monies.

**WHEREFORE**, Trustee, **BRADLEY J. WALLER**, moves this court to enter an order in conformity with the provisions set forth in this motion and for other relief which is just and equitable.

/s/     Bradley J. Waller
**Bankruptcy Trustee**

Prepared by:
**BRADLEY J. WALLER**
Klein, Stoddard, Buck, Waller & Lewis LLC
2045 Aberdeen Court - Sycamore, IL 60178
(815) 748-0380