UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                                §
                                                      §
                                                      §
MONTANOS ROOFING AND CONSTRUCTION   §        Case No. 10-28356
I
                                                      §
                  Debtor(s)                           §
                                                      §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The case was converted to one under Chapter 7 on          . The
undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Peter N. Metrou, Trustee_____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-28356 | CD | Judge: CAROL DOYLE | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | | Date Filed (f) or Converted (c): | 09/07/10 (c) |
| | | | | 341(a) Meeting Date: | 10/19/10 |
| For Period Ending: | 08/08/13 | | | Claims Bar Date: | 03/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. no real estate | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 2. banking account, Oswego Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 3. 2000 Chevrolet Pick Up | 3,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 4. 2006 Dump and cargo Truck | 9,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 5. 2008 Hydra Trailer | 18,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 6. Office equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 7. Supply, Machinery and Equipment | 10,000.00 | 12,500.00 | | 12,500.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $48,500.00    $12,500.00    $12,501.17    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reassigned from Trustee Waller to Metrou 1-3-13

Claims review completed- IRS/IL prompt determination letters rec'd

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-28356 CD Judge: CAROL DOYLE | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | Date Filed (f) or Converted (c): 09/07/10 (c) |
| | | 341(a) Meeting Date: 10/19/10 |
| | | Claims Bar Date: 03/09/11 |

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3765  Money Market Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | 7 | Manuel A. Cardenas & Associates, P.C. 2337 N. Milwaukee Avenue Chicago, IL | Compromise DEPOSIT CHECK #1498 | 1129-000 | 6,250.00 | | 6,250.00 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,250.04 |
| 02/22/11 | 7 | Manuel A Cardenas & Assocaites PC IOTA Account 2337 N. Milwaukee Avenue Chicago, IL  60647 | Compromise DEPOSIT CHECK #1519 | 1129-000 | 6,250.00 | | 12,500.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 12,500.09 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.19 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.29 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.39 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.49 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.59 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 23.97 | 12,476.62 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,476.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.06 | 12,447.66 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.86 | 12,448.52 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,448.62 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.58 | 12,423.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,423.14 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,398.14 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,398.24 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.17 | 12,371.07 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,371.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.41 | 12,345.76 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,345.84 |
| 01/26/12 | | Transfer to Acct #*******3309 | Bank Funds Transfer | 9999-000 | | 12,345.84 | 0.00 |
| | | | Page Subtotals | | 12,501.17 | 12,501.17 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 10-28356 -CD |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I |
| Taxpayer ID No: | *******0965 |
| For Period Ending: | 08/08/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******3765 Money Market Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |  |
|---|---|---|---|
| COLUMN TOTALS | 12,501.17 | 12,501.17 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 12,345.84 | |
| Subtotal | 12,501.17 | 155.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,501.17 | 155.33 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3309 Checking Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******3765 | Bank Funds Transfer | 9999-000 | 12,345.84 | | 12,345.84 |
| 01/22/13 | 001001 | Peter Metrou, Bankruptcy Trustee for the Estate of Montanos Roofing 123 W. Washington Street, Suite 216 Oswego, IL 60543 | | 9999-000 | | 12,345.84 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 12,345.84   12,345.84   0.00 |
| Less: Bank Transfers/CD's | 12,345.84   0.00 |
| Subtotal | 0.00   12,345.84 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00   12,345.84 |

Page Subtotals   12,345.84   12,345.84

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 17.02f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9801  Checking Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 08/08/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley J. Waller, Trustee | | 9999-000 | 12,345.84 | | 12,345.84 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PREMIUM BOND#016026455 | 2300-000 | | 12.08 | 12,333.76 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 13.09 | 12,320.67 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 12.67 | 12,308.00 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 13.07 | 12,294.93 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 6/13 | 2600-000 | | 12.63 | 12,282.30 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 12,345.84 | 63.54 | 12,282.30 |
| Less: Bank Transfers/CD's | 12,345.84 | 0.00 | |
| Subtotal | 0.00 | 63.54 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 63.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********3765 | 12,501.17 | 155.33 | 0.00 |
| Checking Account - ********3309 | 0.00 | 12,345.84 | 0.00 |
| Checking Account - ********9801 | 0.00 | 63.54 | 12,282.30 |
| | 12,501.17 | 12,564.71 | 12,282.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    12,345.84    63.54

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28356
Case Name: MONTANOS ROOFING AND CONSTRUCTION I
Trustee Name: Peter N. Metrou, Trustee

Balance on hand   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Accountant for Trustee Fees: DIGIOVINE HNILO JORDAN & JOHNSON LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Services | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Internal Revenue Services | $ | $ | $ |

      Total to be paid to priority creditors      $_____

      Remaining Balance      $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

NONE

      Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

      Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | RH Donnelley Inc. | $ | $ | $ |

      Total to be paid to tardy general unsecured creditors      $_____

      Remaining Balance      $_____

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE