# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
MONTANOS ROOFING AND § Case No. 10-28356
CONSTRUCTION I 
 § 
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/18/2013 in Courtroom 742,
Dirksen Federal Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/13/2013    By: CLERK OF THE COURT

Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MONTANOS ROOFING AND CONSTRUCTION I | § | Case No. 10-28356 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,501.17 |
| and approved disbursements of | $ | 218.87 |
| leaving a balance on hand of[1] | $ | 12,282.30 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 2,000.12 | $ 0.00 | $ 2,000.12 |
| Accountant for Trustee Fees: DIGIOVINE HNILO JORDAN & JOHNSON LTD. | $ 1,030.00 | $ 0.00 | $ 1,030.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,030.12 |
| Remaining Balance | $ 9,252.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,411.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Services | $ 3,411.92 | $ 0.00 | $ 3,411.92 |
| 000001B | Internal Revenue Services | $ 1,890.88 | $ 0.00 | $ 1,890.88 |
| | Total to be paid to priority creditors | | | $ 5,302.80 |
| | Remaining Balance | | | $ 3,949.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 27,962.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 14.1 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | RH Donnelley Inc. | $ 27,962.04 | $ 0.00 | $ 3,949.38 |
| | Total to be paid to tardy general unsecured creditors | | | $ 3,949.38 |
| | Remaining Balance | | | $ 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                              Prepared By: /s/PETER N METROU

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                      Case No. 10-28356-CAD
Montanos Roofing and Construction Inc                       Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 2              Date Rcvd: Aug 13, 2013
                              Form ID: pdf006             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db           +Montanos Roofing and Construction Inc,    640A Rance Rd,    Oswego, IL 60543-9651
15812607     +ABC Roofing Suply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
15759689     +CBE,    131 Tower Park Dr,    P O Box 2040,    Waterloo, IA 50704-2040
17328193     +Copley Memorial Hospital,    2000 Ogden Avenue,    Aurora, IL 60504-5893
15812610     +Liberty Mutual,    175 Berkeley St,    Boston, Massachusetts 02116-3350
15759691     +RH Donnelley Inc,    Salomon and Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
17328197     +Veolia Enviramental Services,    6111 State Street,    Charleston, IL 61920-7420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15759690       E-mail/Text: cio.bncmail@irs.gov Aug 14 2013 01:19:48     Internal Revenue Services,
                P O BOX 21226,    Philadelphia, PA 19114
15812609       E-mail/Text: cio.bncmail@irs.gov Aug 14 2013 01:19:48     Internal Revenue Services,
                230 South Dearborn,    Stop 5016 CHI,    Chicago IL 60604
20743744       E-mail/Text: dleadley@ameritech.net Aug 14 2013 01:31:29     RH Donnelley Inc.,
                c/o Solomon & Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17328191*    +ABC Roofing Suply,    410 Rathbone Avenue,    Aurora, IL 60506-5937
15812608*    +CBE,    131 Tower Park Dr,    P O Box 2040,    Waterloo, IA 50704-2040
17328192*    +CBE,    131 Tower Park Dr,    P O Box 2040,    Waterloo, IA 50704-2040
17328194*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Services,    230 South Dearborn,    Stop 5016 CHI,
                Chicago IL 60604)
17328195*    +Liberty Mutual,    175 Berkeley St,    Boston, Massachusetts 02116-3350
15812611*    +RH Donnelley Inc,    Salomon and Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
17328196*    +RH Donnelley Inc,    Salomon and Leadley,    320 East Indian Trail,    Aurora, IL 60505-1760
                                                                                       TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**                      **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko           Page 2 of 2            Date Rcvd: Aug 13, 2013
                              Form ID: pdf006          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:

        Manuel A. Cardenas    on behalf of Debtor    Montanos Roofing and Construction Inc    manuelantonio_cardenas@yahoo.com,mac.cardenaslaw@att.net,  edwinusa@att.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    on behalf of Accountant Lee  Schwendner met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
        Peter N Metrou    met.trustee7@att.net,   met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com

        TOTAL: 4