UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONTANOS ROOFING AND CONSTRUCTION I | § | Case No. 10-28356 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By: /s/Peter N. Metrou, Trustee _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| DIGIOVINE HNILO JORDAN & JOHNSON LT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | INTERNAL REVENUE SERVICES | | | | | |
| 000001B | INTERNAL REVENUE SERVICES | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | RH DONNELLEY INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-28356 | CD | Judge: CAROL DOYLE | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | | Date Filed (f) or Converted (c): | 09/07/10 (c) |
| | | | | 341(a) Meeting Date: | 10/19/10 |
| For Period Ending: | 12/07/13 | | | Claims Bar Date: | 03/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. no real estate | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 2. banking account, Oswego Bank | 6,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 3. 2000 Chevrolet Pick Up | 3,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 4. 2006 Dump and cargo Truck | 9,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 5. 2008 Hydra Trailer | 18,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 6. Office equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| 7. Supply, Machinery and Equipment | 10,000.00 | 12,500.00 | | 12,500.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 8 | | | | | |
| INT. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 1.17 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $48,500.00    $12,500.00    $12,501.17    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reassigned from Trustee Waller to Metrou 1-3-13

Claims review completed- IRS/IL prompt determination letters rec'd

LFORM1    Ver: 17.04a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Case 10-28356    Doc 59    Filed 12/12/13    Entered 12/12/13 11:05:55    Desc Main
Document      Page 7 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-28356    CD    Judge: CAROL DOYLE | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | Date Filed (f) or Converted (c): | 09/07/10 (c) |
| | | 341(a) Meeting Date: | 10/19/10 |
| | | Claims Bar Date: | 03/09/11 |

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******3765  Money Market Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/11 | 7 | Manuel A. Cardenas & Associates, P.C.<br>2337 N. Milwaukee Avenue<br>Chicago, IL | Compromise<br>DEPOSIT CHECK #1498 | 1129-000 | 6,250.00 | | 6,250.00 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,250.04 |
| 02/22/11 | 7 | Manuel A Cardenas & Assocaites PC<br>IOTA Account<br>2337 N. Milwaukee Avenue<br>Chicago, IL  60647 | Compromise<br>DEPOSIT CHECK #1519 | 1129-000 | 6,250.00 | | 12,500.04 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 12,500.09 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.19 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.29 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.39 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.49 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,500.59 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 23.97 | 12,476.62 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,476.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.06 | 12,447.66 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.86 | 12,448.52 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,448.62 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.58 | 12,423.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,423.14 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,398.14 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,398.24 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.17 | 12,371.07 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,371.17 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.41 | 12,345.76 |
| 01/26/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 12,345.84 |
| 01/26/12 | | Transfer to Acct #*******3309 | Bank Funds Transfer | 9999-000 | | 12,345.84 | 0.00 |
| | | | Page Subtotals | | 12,501.17 | 12,501.17 | |

Ver: 17.04a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-28356 -CD | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******3765 Money Market Account |
| Taxpayer ID No: | *******0965 | | |
| For Period Ending: | 12/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,501.17 | 12,501.17 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,345.84 | |
| | | Subtotal | | | 12,501.17 | 155.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | | 12,501.17 | 155.33 | |

Page Subtotals    0.00    0.00

Ver: 17.04a

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3309  Checking Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******3765 | Bank Funds Transfer | 9999-000 | 12,345.84 | | 12,345.84 |
| 01/22/13 | 001001 | Peter Metrou, Bankruptcy Trustee for the Estate of Montanos Roofing 123 W. Washington Street, Suite 216 Oswego, IL 60543 | | 9999-000 | | 12,345.84 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,345.84 | 12,345.84 | 0.00 |
| Less:  Bank Transfers/CD's | 12,345.84 | 0.00 | |
| Subtotal | 0.00 | 12,345.84 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,345.84 | |

Page Subtotals           12,345.84          12,345.84

Ver: 17.04a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-28356 -CD | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9801  Checking Account |
| Taxpayer ID No: | *******0965 | | | |
| For Period Ending: | 12/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley J. Waller, Trustee | | 9999-000 | 12,345.84 | | 12,345.84 |
| 02/07/13 | 001001 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | BOND PREMIUM<br>BOND#016026455 | 2300-000 | | 12.08 | 12,333.76 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 13.09 | 12,320.67 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 4/13 | 2600-000 | | 12.67 | 12,308.00 |
| 06/13/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 5/13 | 2600-000 | | 13.07 | 12,294.93 |
| 07/15/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES - 6/13 | 2600-000 | | 12.63 | 12,282.30 |
| 09/19/13 | 001002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | 2100-000 | | 2,000.12 | 10,282.18 |
| 09/19/13 | 001003 | DIGIOVINE HNILO JORDAN & JOHNSON LTD.<br>184 SHUMAN BLVD, SUITE 200<br>NAPERVILLE, IL 60563 | Accountant for Trustee Fees (Other | 3410-000 | | 1,030.00 | 9,252.18 |
| 09/19/13 | 001004 | Internal Revenue Services<br>P O BOX 21226<br>Philadelphia, PA 19114 | Claim 000001A, Payment 100.00000% | 5800-000 | | 3,411.92 | 5,840.26 |
| 09/19/13 | 001005 | Internal Revenue Services<br>P O BOX 21226<br>Philadelphia, PA 19114 | Claim 000001B, Payment 100.00000% | 5800-000 | | 1,890.88 | 3,949.38 |
| 09/19/13 | 001006 | RH Donnelley Inc.<br>c/o Solomon & Leadley<br>320 East Indian Trail<br>Aurora, IL 60505-1787 | Claim 000002, Payment 14.12408% | 7200-000 | | 3,949.38 | 0.00 |

Page Subtotals  12,345.84  12,345.84

Ver: 17.04a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-28356 -CD |
| Case Name: | MONTANOS ROOFING AND CONSTRUCTION I |
| Taxpayer ID No: | *******0965 |
| For Period Ending: | 12/07/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9801  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 12,345.84 | 12,345.84 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 12,345.84 | 0.00 | |
| | | | Subtotal | 0.00 | 12,345.84 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 12,345.84 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | |
| | | | Money Market Account - *******3765 | 12,501.17 | 155.33 | 0.00 |
| | | | Checking Account - *******3309 | 0.00 | 12,345.84 | 0.00 |
| | | | Checking Account - *******9801 | 0.00 | 12,345.84 | 0.00 |
| | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | 12,501.17 | 24,847.01 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.04a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*